Nick Korson, appellant, v. William F. Wolf and Henry Schmidt, appellees. Gen. No. 25,194.

Action to recover rent. Judgment on set-off for defendants. Appeal from the Municipal Court of Chicago; the Hon. Irwin R. Hazen, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Myron W. Whittemore, for appellant. W. Knox Haynes and Michael Feinberg, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Esther Nelson, appellee, v. Benny Quill, appellant. Gen. No. 25,225.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

William L. Martin, for appellant. John J. Poulton, Thomas A. Green and Roy C. Merrick, for appellee.

Mr. Justice O'Connor delivered the opinion of the court,

---

Rose Reiter, appellant, v. Sovereign Camp of the Woodmen of the World, appellee. Gen. No. 25,072.

Action upon a death benefit certificate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and judgment here. Opinion filed July 7, 1920. Rehearing denied and opinion modified July 29, 1920.

William A. Jonesi, for appellant; I. T. Greenacre, of counsel. Maguire, Mooney & Castagnino, for appellee; De E. Bradshaw, Omaha, Neb., of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

D. B. Fisk & Company, appellee, v. David G. Robertson, appellant. Gen. No. 25,090.

Action on a contract of guaranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

David G. Robertson, *pro se*, and Cyrus Heren, for appellant. Helmer, Moulton, Whitman & Whitman, for appellee; Charles R. Holton, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

J. J. Schmitt for use of Charles F. Richmond, appellee, v. Ashbrook Electric Company, appellant. Gen. No. 25,099.

Garnishment proceedings. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed July 7, 1920.

J. R. Beckett, for appellant. Gustave Neuberg, for appellee.

Mr. Justice Thomson delivered the opinion of the court.